UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                          CHAPTER 7 CASE
                                                        CASE NO. 18-40814

Justin Arthur Peterson,

                        Debtor.

_____

**ORDER GRANTING RELIEF FROM STAY**

       This case is before the court on the motion of USB Leasing LT, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

       Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief, but that the motion is moot as to the debtor, the automatic stay having terminated upon entry of the debtor's discharge.

       IT IS ORDERED:

1.      The motion for relief from stay is granted as follows.

2.      The automatic stay imposed by 11 U.S.C. § 362(a) is terminated as to the estate's interest in the property such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following Collateral:

                         2016 FORD F-150
                   VIN: 1FTEW1EP2GKE95607

3.      Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: May 9, 2019

                                                           /e/ Kathleen H. Sanberg
                                                           _____
                                                           Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/09/2019
Lori Vosejpka, Clerk, by LH